■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE GIBSON, Appellant.—Judgment unanimously affirmed. Memorandum: We affirm for the reasons stated by the suppression court (Mark, J.). We add only that we have reviewed defendant's remaining issue and found it to be lacking in merit. (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—rape, first degree.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.